**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES-GENERAL

Case No.  CV 09-627-RSWL (OP)                Date:  April 28, 2009

Title:  Norris Hoskins v. People

---

PRESENT: THE HONORABLE   OSWALD PARADA
☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**
NONE

**ATTORNEYS PRESENT FOR RESPONDENT:**
NONE

**PROCEEDINGS:**   (IN CHAMBERS: ORDER TO SHOW CAUSE)

On January 27, 2009, Petitioner filed a Petition for Writ of Habeas Corpus by a Person In State Custody pursuant to 28 U.S.C. § 2254.  On January 30, 2009, this Court issued an Order dismissing the Petition with leave to amend.  The order gave Petitioner until March 3, 2009, to file a First Amended Petition.  The order expressly admonished Petitioner that the failure to comply with the order could result in the dismissal of the action for failure to prosecute and/or failure to comply with a court order.  To date, Petitioner has not filed a First Amended Petition.

Accordingly, Petitioner is ordered to show cause why this case should not be dismissed for failure to prosecute.  The filing of the First Amended Petition on or before May 18, 2009, shall be deemed compliance with this Order to Show Cause.  Petitioner's failure to file a First Amended Petition by May 18, 2009, shall result in the Court recommending that this action be dismissed without prejudice.

**IT IS SO ORDERED.**

cc: All Parties of Record

attachments:
1) copy of Order Dismissing, Dkt # 3
2) blank forms of
   a) Petition for Writ of Habeas Corpus
   b) Civil Rights action by a person in custody
   C) Copy of current petition

Initials of Deputy Clerk_____Mg

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL